# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          CASE NO. 4:16-CR-00050-BSM

TONY DE'MON WARREN                                                    DEFENDANT

## ORDER

Tony Warren's motion for compassionate release [Doc. No. 25] is denied without prejudice because he has failed to exhaust his administrative remedies. *United States v. Smith*, 2020 WL 2487277, at *5 (E.D. Ark. May 14, 2020). Warren may refile this lawsuit only after he exhausts his right to appeal the Bureau of Prison's failure to bring a motion for compassionate relief on his behalf, or thirty days after the warden has received his request to do so. 18 U.S.C. § 3582(c)(1)(A).

IT IS SO ORDERED this 20th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE